UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRENDAN A. FLANAGAN,

                Plaintiff,

                                                              ORDER
v.                                                 04-CV-966A

UNITED STATES OF AMERICA,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 30, 2006, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion to dismiss the complaint be granted and the Clerk of Court directed to close the file.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion to dismiss the complaint is granted.  The Clerk of Court is directed to take all steps necessary to close the case.

        IT IS SO ORDERED.

                                        /s/ Richard J. Arcara
                              HONORABLE RICHARD J. ARCARA
                              CHIEF JUDGE
                              UNITED STATES DISTRICT COURT

DATED: April 20, 2006